# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 696**

In the Matter of                                        Case Number:

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS PENSION FUND v.
HILLQUIST BROTHERS EXCAVATING, INC.
an Illinois corporation

**JUDGE CASTILLO**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN
ILLINOIS PENSION FUND

**FILED**

**JANUARY 31, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>JOHN J. TOOMEY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John J. Toomey | |
| FIRM<br>Arnold and Kadjan | |
| STREET ADDRESS<br>19 W. Jackson Boulevard, Suite 300 | |
| CITY/STATE/ZIP<br>Chicago, Illinois  60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3122527 | TELEPHONE NUMBER<br>(312) 236-0415 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☑   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐   NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☑   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐