# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Pension Fund

                                    Plaintiff,

v.                                              Case No.:
                                                1:08–cv–00696
                                                Honorable Ruben
                                                Castillo

Hillquist Brothers Excavating, Inc.

                                    Defendant.

_____

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 15, 2008:

        MINUTE entry before Judge Ruben Castillo :The court's review of the complaint
indicates that it is appropriate to give this case expedited treatment. Parties to file a joint
status report on or before 3/27/2008. The Court will hold a status hearing in open court on
4/1/2008 at 9:00 a.m. The parties are authorized to proceed with all discovery. All
discovery to be completed on or before 6/2/2008. This case is subject to be called for trial
anytime after 6/2/2008 upon a five business days notice. A final pretrial order will be
waived. Plaintiffs are requested to serve the complaint in a manner to adhere to this
expedited schedule. Plaintiffs are also ordered to make a disclosure pursuant to
Fed.R.Civ.P. 26(a)(1) to defendant by 3/10/2008. The parties are ordered to fully exhaust
all settlement possibilities prior to the first status hearing.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.