# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### SUMMONS IN A CIVIL CASE

**08 C 696**

TRUSTEES OF THE SUBURBAN )
TEAMSTERS OF NORTHERN ILLINOIS )  Docket Number: _____
PENSION FUND, )
  )  Assigned Judge: _____
  )                          JUDGE CASTILLO
  )                   MAGISTRATE JUDGE BROWN
  )  Designated
v. )  Magistrate Judge: _____
  )
HILLQUIST BROTHERS EXCAVATING, )
INC., an Illinois corporation not in good )
standing )

TO: (Name and address of defendant)

Hillquist Brothers Excavating, Inc.
an Illinois corporation not in good standing
c/o Its Registered Agent
Robert S. Lueckhoff
4906 Main Street, Suite 102
Lisle, Illinois 60532

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk                         Date

**Michael W. Dobbins, Clerk**

_Jacqueline Hallinan_
(By) DEPUTY CLERK

**January 31, 2008**
Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.  DATE 2/14/08 @ 12:45pm

NAME OF SERVER (PRINT) John Marzec    TITLE Process Server

Check one box below to indicate appropriate method of service-

[X] Served personally upon the defendant. Place where served: Served Hillquist Brothers Excavating, Inc c/o Res Agent Robert Lueckhoff at his Accounting office 4609 Main St Ste 102, Lisle IL by service to his Assistant Bridget Baxer (W/F, 25 years old)

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/14/08
Date

Signature of Server

Address of Server
THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068