# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 696 | **DATE** | 3/6/2008 |
| **CASE TITLE** |  | Trustees of the Suburban Teamsters of Northern Illinois Pension Fund vs. Hillquist Brothers Excavating, Inc. | |

**DOCKET ENTRY TEXT**

After a careful review of the case docket, the Court hereby enters a default against defendant Hillquist Brothers Excavating, Inc. for failure to timely appear, answer or otherwise plead to the complaint. The Court will retain jurisdiction to enter any appropriate default judgment. The parties are requested to fully exhaust all settlement possibilities before filing any further pleadings. Status report filing date of 3/27/2008 and status hearing set for 4/1/2008 are vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|