IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> HILLQUIST BROTHERS EXCAVATING, INC. an Illinois corporation, <br><br> Defendant. | ) ) ) ) ) ) No. 08 C 696 ) ) Judge Castillo ) ) Magistrate Judge Brown ) ) |

MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on January 31, 2008 for collection of delinquent contributions, attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Corporate service was made upon HILLQUIST BROTHERS EXCAVATING, INC., an Illinois corporation, on February 14, 2008 and a copy of the proof of service was filed with the court on February 18, 2008.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

        $223,751.00 Pension
          $1,757.50 Attorneys fees
            $422.00   Court costs
        $225,930.50

WHEREFORE, Plaintiff prays for the entry of judgment against Defendant, HILLQUIST BROTHERS EXCAVATING, INC., an Illinois corporation, and in favor of Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND in the amount of $225,930.50.

                              TRUSTEES OF THE SUBURBAN TEAMSTERS
                              OF NORTHERN ILLINOIS PENSION FUND

                By:        /s/ John J. Toomey
                              One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

2