**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) ) | No.  08 C 696 |
| v. | ) ) | Judge Castillo |
| HILLQUIST BROTHERS EXCAVATING, INC. an Illinois corporation, | ) ) ) | Magistrate Judge Brown |
| Defendant. | ) ) | |

NOTICE OF MOTION

To:     Hillquist Brothers Excavating, Inc.
        an Illinois corporation
        c/o Its Registered Agent
        Robert S. Lueckhoff
        4906 Main Street, Suite 102
        Lisle, Illinois  60532

PLEASE TAKE NOTICE that on March 18, 2008, at 9:45 a.m., I will appear before the Honorable Judge Castillo in Room 2141 and then and there present the attached Motion for Judgment in Sum Certain, a copy of which is attached hereto.

Respectfully submitted,

s/**John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:   (312) 341-0438
Dated:  March 10, 2008

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Hillquist Brothers Excavating, Inc.
an Illinois corporation
c/o Its Registered Agent
Robert S. Lueckhoff
4906 Main Street, Suite 102
Lisle, Illinois  60532

**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  March 10, 2008