# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Pension Fund

$\qquad$ Plaintiff,

v. $\qquad$ Case No.:
$\qquad$ 1:08–cv–00696

$\qquad$ Honorable Ruben
$\qquad$ Castillo

Hillquist Brothers Excavating, Inc.

$\qquad$ Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 17, 2008:

    MINUTE entry before Judge Honorable Ruben Castillo:The motion hearing on Plaintiffs' motion for judgment [9] set for 3/18/2008 will begin at 9:00 AM. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.