Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 696 | DATE | 3/18/2008 |
| CASE TITLE | Trustees of the Suburban Teamsters of Northern IL Pension Fund vs. Hillquist Brothers Excavating, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for judgment [9] is granted. Enter Order of Judgment. Judgment is entered in favor of the Plaintiffs and against defendant, Hillquist Brothers Excavating, Inc. in the amount of $225,930.50.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|