IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | No.  08 C 696 |
| v. | ) ) | |
| | ) | Judge Castillo |
| HILLQUIST BROTHERS EXCAVATING, INC. an Illinois corporation, | ) ) ) | Magistrate Judge Brown |
| Defendant. | ) | |

## MOTION FOR TURNOVER ORDER

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, through its attorneys, ARNOLD AND KADJAN, and moves this court for an Order directing Harris Bank to turn over the sum of $17,144.39 which they are holding pursuant to a Citation to Discover Assets.  In support of its motion, Plaintiff states:

1. On March 25, 2008 Harris Bank's response to Plaintiff's Citation to Discover Assets stated it was holding $17,144.39 (see attached).

2. Harris Bank advised on March 25, 2008 that it would turn over said sum of $17,144.39 upon receipt of an appropriate turnover order.

WHEREFORE, Plaintiffs pray this Court to issue an Order directing Regions Bank to turn over the amount of $17,144.39 it is holding.

                              TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE
AND PENSION FUND

By: _____
      One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

# EXHIBIT A


# HARRIS

111 West Monroe 21E  
Chicago, IL 60603  
T. 312-461-1605 - F. 312-461-1546

Deanna Kenney  
Legal Department

## Fax

| | |
|---|---|
| To: Arnold & Kadjan | Company: |
| Fax: 312-341-0438 | Date: 03/25/08 |
| Re: 08C696 | Pages (including cover sheet): 3 |

Message:

Important! This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that reading, disseminating, distributing, or copying this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service.

Harris N.A.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 696 |
| HILLQUIST BROTHERS EXCAVATING, INC. an Illinois corporation, | ) ) ) ) | Judge Castillo <br> Magistrate Judge Brown |
| Defendant. | ) ) | |

## CITATION TO DISCOVER ASSETS

To: Harris Bank
Attention: Legal Department
111 E. Monroe Street
Chicago, Illinois 60603
Account No.: 006104 071025661 4800356385

**YOU ARE COMMANDED** to appear at 19 W. Jackson Boulevard, Suite 300, Chicago, Illinois 60604, at 1:00 p.m. on March 31, 2008, to be examined under oath concerning the property or income of, or indebtedness due Defendant. Judgment was entered against Defendant Hillquist Brothers Excavating, Inc. and for Plaintiffs on March 18, 2008, in the principal amount of $225,930.50. A copy of the Judgment entered by Judge Castillo was filed with the Clerk of the Court.

**YOU ARE COMMANDED** to produce at the examination all books, papers or records in your possession or control which may contain information concerning the property or income of Defendant or indebtedness due them.

**WARNING:** Your failure to appear as herein directed may cause you to be arrested and brought before the Court to answer to a charge of contempt of court, which may be punishable by imprisonment in the County Jail.

(Rev. 10/26/01) CCG 0644 B

## ANSWER

__Harris N.A.__, certify under penalty of perjury that with regard to the
Citation Respondent
property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ _____
B) Checking and / or Now Account (Amount withheld) $ __17144.39__
C) Certificate of Deposit (Amount held) $ _____
D) Money Market Account (Amount held) $ _____
E) Trust Account (Amount held) $ _____
F) Safety Deposit Box $ _____
G) No Accounts _____
H) Adverse Claimant: Name _____ Address _____
I) Wages, Salary or Commissions _____
J) Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

Less right of offset for other loans _____  Sub Total __17144.39__
Less deduction for fees limited by
205 ILCS 5/48.1

_____

Total __17144.39__

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

_____
Agent for Citation Respondent

_____ on oath state.
I am over 21 years of age and not a party to this case. I served the citation to discover assets as follows :
on _____ by leaving a copy with the third party defendant on _____
at the hour of _____ . m. at _____ Street, _____ County, Illinois
On the third party defendant _____ by mailing a copy on _____
by certified mail addressed to agent of the third party defendant, return receipt requested.

(attached green card receipt
of service here)

**Signed and sworn by party making service

_____

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS