IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>HILLQUIST BROTHERS EXCAVATING, INC. an Illinois corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 08 C 696<br>)<br>) Judge Castillo<br>)<br>) Magistrate Judge Brown<br>)<br>) |

NOTICE OF MOTION

To:   Harris Bank
      Attention: Legal Department
      111 E. Monroe Street
      Chicago, Illinois 60603

      Hillquist Brothers Excavating, Inc.
      an Illinois corporation
      c/o Its Registered Agent
      Robert S. Lueckhoff
      4906 Main Street, Suite 102
      Lisle, Illinois 60532

   PLEASE TAKE NOTICE that on April 8, 2008, at 9:45 a.m., I will appear before the Honorable Judge Castillo in Room 2141 and then and there present the attached Motion for Turnover Order, a copy of which is attached hereto.

                              Respectfully submitted,

                              s/John J. Toomey
                              ARNOLD AND KADJAN
                              19 W. Jackson Blvd., Suite 300
                              Chicago, IL 60604
                              Telephone No.: (312) 236-0415
                              Facsimile No.: (312) 341-0438
                              Dated: March 31, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Hillquist Brothers Excavating, Inc.
an Illinois corporation
c/o Its Registered Agent
Robert S. Lueckhoff
4906 Main Street, Suite 102
Lisle, Illinois  60532

Harris Bank
Attention:  Legal Department
111 E. Monroe Street
Chicago, Illinois  60603

 

**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  March 31, 2008