

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 696 | **DATE** | 4/8/2008 |
| **CASE TITLE** | Trustees of the Suburban Teamsters of Northern Illinois vs. Hillquist Brothers Excavating, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/8/2008. Plaintiffs' motion for turnover order [15] is granted. Enter Turnover Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|