IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, | ) ) ) |
| Plaintiff, | ) ) ) No. 08 C 696 |
| v. | ) ) ) Judge Castillo |
| HILLQUIST BROTHERS EXCAVATING, INC. an Illinois corporation, | ) ) ) Magistrate Judge Brown ) |
| Defendant. | ) |

## TURNOVER ORDER

This matter coming to be heard upon Plaintiff's Motion for Turnover of Funds held pursuant to a Citation to Discover Assets, it is hereby ordered that: Harris Bank, 111 West Monroe, Suite 21E, Chicago, Illinois 60603 is directed to pay to the judgment creditor, the Trustees of the Suburban Teamsters of Northern Illinois Pension Fund, the sum of $17,144.39 the amount held by Harris Bank pursuant to a Citation to Discover Assets and deliver said proceeds by check to Plaintiff's counsel, Arnold and Kadjan, 19 W. Jackson Boulevard, Chicago, Illinois 60604 and that the Citation to Discover Assets upon Harris Bank is hereby released.

Dated: 4/8/08

Enter: _____
HONORABLE JUDGE CASTILLO